U. S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION
131 EAST 4TH STREET – SUITE 150
DAVENPORT, IOWA 52801
(563) 884-7607 TELEPHONE – (563) 884-7615 FAX

March 22, 2013

Clerk of Court
U.S. District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

    Re:             USA v. Marlon Jermaine Chamberlain
    Our Case No:   3:03-cr-250-001
    Your Case No:  13-cr-220

Dear Ladies and Gentlemen:

Enclosed for the purpose of Transfer of Jurisdiction for supervised release are certified copies of the following documents:

1. Indictment
2. Judgment
3. Satisfaction of Judgment
4. Prob Form 22 - Transfer of Jurisdiction
5. Docket Sheet

Please acknowledge receipt of this information by signing and returning a copy of this letter to us. If you have any questions, please feel free to contact us.

                            Sincerely,

                            MARJORIE E. KRAHN, Clerk

                            By: _____
                            Brian S. Phillips, Deputy Clerk

Received in the Northern District of Illinois (Chicago) on March _____, 2013.

                            U.S. DISTRICT COURT - NORTHERN
                            DISTRICT OF ILLINOIS (CHICAGO)

                            By:_____
                            Clerk