| Prob 22 (2/98) | | DOCKET NUMBER (Tran Court) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 0863 4:03CR00250-001 |
| | | DOCKET NUMBER (Rec Court) |
| | | 13 CR 220 |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: | DISTRICT<br>Southern Iowa | DIVISION<br>Davenport |
|---|---|---|
| Marlon Jermaine Chamberlain | NAME OF SENTENCING JUDGE | |
| | James E. Gritzner<br>Chief U.S. District Court Judge | |
| JUDGE LEINENWEBER | DATES OF PROB/TSR RELEASE | FROM<br>11/23/2012 | TO<br>11/22/2022 |

| OFFENSE |
|---|
| 21:846 and 841(b)(1)(A) - Conspiracy to Distribute Drugs (Ct. 1) |

MAGISTRATE JUDGE MA...
13 CR 0220

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF IOWA**

IT IS HEREBY ORDERED that pursuant to 18U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District Of Illinois** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Dated this 6th day of March, 2013.

*signature*
JAMES E. GRITZNER, Chief Judge
U.S. DISTRICT COURT

* This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF ILLINOIS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2013
Date

*signature*
James F. Holderman
United States District Judge

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
BY: *signature*
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 3-19-13

FILED
3-13-13
MAR 13 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT